1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5

6  COXCOM, INC.,                        )
7           Plaintiff,                  )   CASE NO. C06-07918 MMC
                                        )
8       v.                              )
                                        )   [PROPOSED] ORDER GRANTING
9                                       )   CONTINUANCE OF CASE
   HYBRID PATENTS INCORPORATED,         )   MANAGEMENT CONFERENCE
10                                      )
                                        )
11          Defendant.                  )
12                                      )
                                        )
13 _____     )

14

15      IT IS HEREBY ORDERED that the Case Management Conference scheduled in this case

16 before the Honorable Maxine M. Chesney for Friday, April 6, 2007 at 10:30 a.m. in Courtroom No.

17 7, 19th floor Federal Building be continued to Friday, April 27, 2007 at 10:30 a.m.   A Joint Case
   Management Conference Statement shall be filed no later than April 20, 2007.
18

19      Dated:  __April 2, 2007____.

20

21

22                                           _____
                                             MAXINE M. CHESNEY
23                                           United States District Judge

24
25
26
27
28

---

[Proposed] Order Granting Continuance Of Case                          CASE NO. C06-07918 MMC
Management Conference