United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COXCOM, INC.,

    Plaintiff,

  v.

HYBRID PATENTS INCORPORATED,

    Defendant
                               /

No. C-06-7918 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the pendency of two motions to relate, both filed March 26, 2007 in COM21, Inc. v. Hybrid Networks, Inc., 98-20085 RMW,[1] the Court hereby CONTINUES the initial case management conference from April 27, 2007 to May 11, 2007.  No further case management statement is required.

    **IT IS SO ORDERED.**

Dated: April 25, 2007

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] One motion was filed by plaintiff herein; the other motion was filed by Time Warner Entertainment - Advance/Newhouse Partnership.