SLUSSER, WILSON & PARTRIDGE LLP
Michael E. Wilson, Texas Bar No. 21704650
    (*pro hac vice*)
Three Allen Center, Suite 4720
333 Clay Street
Houston, Texas 77002
Telephone: 713-860-3307
Email: mwilson@slusser-law.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID A. DeGROOT, Cal. Bar No. 168073
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant Hybrid Patents Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COXCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYBRID PATENTS INCORPORATED, <br><br> Defendant. | CASE NO. 3:06-CV-07918 MMC <br><br> **DEFENDANT'S MOTION TO TRANSFER UNDER THE "FIRST-FILED" DOCTRINE** <br><br> Date:     July 13, 2007 <br> Time:    9:00 a.m. <br> Judge:   The Hon. Maxine M. Chesney <br> Ctrm:    7 |

Defendant Hybrid Patents Incorporated ("Hybrid") hereby moves to transfer this case to the Eastern District of Texas under the "First-Filed" Doctrine. More than five months before Coxcom filed the present case, Hybrid filed a patent infringement suit in the Eastern District of

-1-

(00008774)                                                                                                  HYBRID PATENTS' MOTION TO TRANSFER

Texas against several cable companies including Cox Communications, Inc., the parent corporation of Coxcom (the "First-Filed Case").[1] The First-Filed Case is pending before Judge Ward. Coxcom's suit here involves exactly the same patents and issues as are already before Judge Ward in the First-Filed Case.

Furthermore, the same patents and the same issues are also involved in a related case entitled Hybrid Patents Incorporated v. Charter Communications, Inc., et al., C.A. No. 2:05-CV-436 TJW, also pending before Judge Ward in the Eastern District of Texas (the "Related Case"). This case was filed more than a year before the present case. To date, substantial discovery has occurred in the Related Case, the claim construction hearing has occurred, and Judge Ward has issued a detailed claim construction order. The Related Case is set for jury trial beginning in July 2007.

Under the First-Filed Doctrine, Hybrid requests that this Court transfer the present case to the United States District Court for the Eastern District of Texas to be resolved as part of the First-Filed Case.

This motion is based upon the accompanying Notice of Motion, Memorandum of Points and Authorities in Support of this Motion, and the Declaration of Michael E. Wilson filed herewith.

---

[1] This case is entitled Hybrid Patents Incorporated v. Comcast Corp., Comcast of Dallas, LP, Time Warner Cable Inc., and Cox Communications Inc., C.A. No.: 2:-6-CV-292 TJW.

-2-

(00008774)   HYBRID PATENTS' MOTION TO TRANSFER

1  Dated:  June 8, 2007

2                                        Respectfully submitted,

3                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

5                                        By                    /s/
6                                               DAVID A. DeGROOT
                                                Attorneys for Defendant
7                                            HYBRID PATENTS INCORPORATED

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

(00008774)                                                HYBRID PATENTS' MOTION TO TRANSFER