IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COXCOM, INC., | No. C-06-7918 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HYBRID PATENTS INCORPORATED, | |
| Defendant / | |

In light of the pendency of defendant's motion to transfer, which motion is fully briefed, and defendants' motion to dismiss for lack of personal jurisdiction, for which a briefing schedule has not yet been set, (see Order, filed July 3, 2007, at 21-28), the Court hereby CONTINUES the initial case management conference from August 24, 2007 to October 19, 2007. A Joint Case Management Statement shall be filed no later than October 12, 2007.

**IT IS SO ORDERED.**

Dated: August 21, 2007

MAXINE M. CHESNEY
United States District Judge